IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, # 121865, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:11cv830-TMH |
| ) | (WO) |
| KIM TOBIAS THOMAS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

James L. Robinson, an Alabama inmate, initiated this cause of action pursuant to 28 U.S.C. § 2241. In his petition, Robinson claims that the State (and the Alabama Department of Corrections) has miscalculated the time he must serve in prison. This court concludes that Robinson's petition is more appropriately construed as a petition for habeas corpus relief under the provisions of 28 U.S.C. § 2254. The Clerk is therefore DIRECTED to docket this action as one filed under 28 U.S.C. § 2254.

Done this 29th day of November, 2011.

　　　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　　　　WALLACE CAPEL, JR.
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE