IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 2:11-cv-0830-TMH |
| ) | WO |
| KIM TOBIAS THOMAS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The petitioner's objection (Doc. #20) to the Recommendation of the Magistrate Judge filed on December 5, 2011 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #19) filed on November 19, 2011 is adopted;

3. The petition for habeas corpus relief is DISMISSED without prejudice to afford Robinson an opportunity to exhaust all state court remedies available to him.

DONE this the 21st day of December, 2011.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE