IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, ) | |
| ) | |
| Petitioner, ) | |
| v.          ) | CASE NO. 2:11-cv-0830-TMH |
| ) | WO |
| KIM TOBIAS THOMAS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the respondents and against the petitioner and that this action is dismissed without prejudice.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 21st day of December, 2011.

/s/ Truman M. Hobbs
SENIOR UNITED STATES DISTRICT JUDGE